**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

IN RE:                                                      CASE NO.: 3:13-bk-01779-JAF
                                                            Chapter 11

RAHBAR ROBERT TALEBLI

    Debtor.

_____/

RAHBAR ROBERT TALEBLI                          Adv. No. 3:20-ap-00101-JAF

    Plaintiff

v.

FAIRPORT ASSET MANAGEMENT REO, LLC

    Defendant

_____/

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, FAIRPORT ASSET MANAGEMENT REO, LLC, by and through its undersigned counsel, hereby states as follows:

1.    FAIRPORT ASSET MANAGEMENT REO, LLC states that there is no parent corporation or no public corporation that owns more than 10% of its stock.

Dated this 30th day of November 2020

                Respectfully submitted,

                KELLEY, FULTON & KAPLAN, P.L.
                Attorneys for Fairport Asset Management REO, LLC
                1665 Palm Beach Lakes Blvd., The Forum - Suite 1000
                West Palm Beach, Florida 33401
                Tel: (561) 491-1200
                Fax: (561) 684-3773

                By: __/s/ Craig I. Kelley_____

Craig I. Kelley, Esquire
Fla. Bar No. 782203

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via electronic mail to the parties registered to receive notice via CM/ECF or U.S. mail to the parties below this 30th day of November 2020.

KELLEY, FULTON & KAPLAN, P.L.
Attorneys for Branch Banking & Trust Company n/k/a Truist
1665 Palm Beach Lakes Blvd., The Forum - Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 491-1200
Fax: (561) 684-3773

By: __/s/ Craig I. Kelley_____
Craig I. Kelley, Esquire
Fla. Bar No. 782203

**Mailing Information for Case 3:20-ap-00101-JAF**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Bryan K. Mickler**   court@planlaw.com, tjking@planlaw.com,bkmickler@planlaw.com;cmickler@planlaw.com;mmiller@planlaw.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.