**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:13-bk-01779-JAF |
| | Chapter 11 |
| RAHBAR ROBERT TALEBLI | |
| Debtor(s). | |

RAHBAR ROBERT TALEBLI

      Plaintiffs(s)                                  Adv. No. 3:20-ap-0101

v.

FAIRPORT ASSET MANAGEMENT REO, LLC
        Defendant
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

PLAINTIFF, RAHBAR ROBERT TALEBLI and DEFENDANT, FAIRPORT ASSET MANAGEMENT REO, LLC, pursuant to Fed.R.Bankr.P. 7041(a), stipulate to the dismissal of the above proceeding and all claims asserted therein against Defendant with prejudice with the parties to bear their own fees and costs.

Agreed to this __7th___ day of January, 2021.

Law Offices of Mickler & Mickler, LLP

By:_/s/ Bryan K. Mickler_____
Bryan K. Mickler
Florida Bar No. 091790
Attorney for Plaintiff(s)
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822/(904) 725-0855 FAX
bkmickler@planlaw.com

Stipulated and Agreed to this __7th__ day of January, 2021.

KELLEY, FULTON & KAPLAN, P.L.
Attorneys for Fairport Asset Management REO, LLC
1665 Palm Beach Lakes Blvd., The Forum - Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 491-1200
Fax: (561) 684-3773
By: __/s/ Craig I. Kelley_____
Craig I. Kelley, Esquire
Fla. Bar No. 782203


Filer's Attestation: Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Bryan K. Mickler, Attorney for Plaintiff, attests that concurrence in the filing of this paper has been obtained